"With The Wonderful Name of Almighty God (ALLAH), To Whom all Praises are due forever,

The Beneficent, Most Mercifully

Peace be unto you !

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICTN OF ARKANSAS

LITTLE ROCK DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 21 2012

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

October 31, 2012

KASIB TAUHEED BILAL                                           PLAINTIFF

VS       Case No: 4-12-CV-0738 JLH

Dr. Billy Evans                                                       DEFENDANT

LUCY EVANS

ADMINISTRATOR OF THE ESTATE OF DR. BILLY EVANS

COMPLAINT

This case assigned to District Judge Holmes
and to Magistrate Judge Kearney

STATEMENT OF FEDERAL JURISDICTION

Comes now the Plaintiff, Kasib Tauheed Bilal, Pro Se, states that this Honorable Court has proper Jurisdiction under 28 U.S.C. sec. 1331 and 42 U.S.C. sec. 1983 or U.S.C. sec. 1343, and the Constitution Of the UNITED STATES, Amendments 1st, 5th, 6th, 8th & 14th.

The Plaintiff, Kasib Tauheed Bilal, Pro Se, and respectfully request this Honorable Court To grant him his Constitutional Right to a Fair & Impartial Trial, a Day in Court, and a Trial by Jury. Plaintiff states that the defendant, Dr. Billy Evans, wrongfully diagnosed plaintiffs health condition.

Point that plaintiff almost lost his life!

The Medical Records, and statements of employees of the defendants office & Staff, and other Medical reports will clearly show plaintiffs adamantly seeking the defendants medical advise And support. All efforts were ignored by the defendant. The records will clearly show that the Plaintiff was barred from the defendants office for no apparent reason! Was told by the Building security to stay off of the premises! This was without any warning whatsoever from The defendant

Dr. Evans failed to Honor the Oath that he took, That the Patients Health is the number One concern of the Doctor! No doctor should ever leave a patient without warning, or Notice of Referral to another doctor. Especially when no notice of health services will No longer be available, and could lead to death!

After numerous failed attempts to speak with or see Dr. Billy Evans, Plaintiff was forced to seek Other avenues of Medical treatment. Plaintiff had to be admitted to Treatment Program within the Arkansas Department of Correction to find out what the real Health problem was? Medical Records From the A.D.C. are available for this Honorable Court. The Plaintiff was also seek by Dr. Hayden Franks Concerning the seriousness of the plaintiffs Health issues. Dr. Franks medical records are also available For this Honorable Courts review.

## STATEMENT OF THE CASE

Plaintiff states that this cause has been before THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

5th & 6th Division KASIB TAUHEED BILA-VS- DR. BILLY EVANS, M. D. cases no: CV-2006-1 and Case no: CV-2007-101.

Because of the length of time taken by the Pulaski County Circuit Court in denying the Plaintiff his Constitutional Right to a Fair and Impartial Trial, 1st, 5th,6th,8th and 14th Amendment Rights.

The Plaintiff has no other choose but to file his Petition to the United States District Court. Because his Constitutional Rights have been totally violated by the State of Arkansas, and the Circuit Court of Pulaski County, Arkansas. Plaintiff has no other chose but to file and seek Justice in the Federal Courts.

## RELEIF

KASIB TAUHEED BILAL, Pro Se   Plaintiff in the above cited cases, Humbly request this Honorable Court

To grant him a Day in Court, a Trial by Jury, a Fair and Impartial Trial, the Appointment of Counsel, and

The sum of TWENTY MILLION DOLLARS, $20,000,000,000.

And any and all further Relief this Honorable Court deems Just and Proper!

Respectfully Submitted by,

*Kasib Tauheed Bilal*

KASIB TAUHEED BILAL, PRO SE

2806 S. Ringo St.

Little Rock, Arkansas

72206

(501) 551-5854

C.C.

LUCY K. EVANS   Administrator of the Estate of Dr. Billy Evans  (DEFENDANTS)

   OVERTON S. ANDERSON      Bar No. 73003

AMDERSON, MURPHY, and HOPKINS, L.L.P.

400 West Capitol Avenue, Suite 2470

Little Rock. Arkansas      72201

(501) 372-1887